MELISSA HOLYOAK, United States Attorney (#9832)
BRIAN WILLIAMS, Assistant United States Attorney (#10779)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| | Case No. 2:26mj539 CMR |
| UNITED STATES OF AMERICA, | **FELONY COMPLAINT** |
| Plaintiff, | Count 1:  18 U.S.C. § 922(g)(9), Possession of a Firearm by a Domestic Violence Misdemeanant, |
| vs. | |
| ISRAIL BENJAMIN MARTINEZ, | Count 2: 21 U.S.C.§ 841(a)(1)(D), Possession of Marijuana / THC with Intent to Distribute. |
| Defendant. | |
| | Chief U.S. Magistrate Judge Cecilia Romero |

Before the Honorable Cecilia Romero, United States Chief Magistrate Judge for

the District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT 1
18 U.S.C. § 922(g)(9)
(Possession of a Firearm by Domestic Violence Misdemeanant)

On or about April 7, 2026, in the District of Utah,

ISRAIL BENJAMIN MARTINEZ,

defendant herein, knowing he had previously been convicted of a misdemeanor crime of

domestic violence, as defined in 18 U.S.C. § 921(a)(33), did knowingly possess a firearm,

to wit: a Rossi Model 851 Stainless .38 caliber revolver, and the firearm was in and

affecting commerce; all in violation of 18 U.S.C. § 922(g)(9).

## COUNT 2
21 U.S.C. § 841(a)(1)
(Possession of Marijuana / THC with Intent to Distribute)

On or about April 7, 2026, in the Central Division of the District of Utah,

ISRAIL BENJAMIN MARTINEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute

marijuana / THC, a controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and

punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

## ELEMENTS

The elements of Count 1, Possession of a Firearm by a Domestic Violence

Misdemeanant, a violation of 18 U.S.C. § 922(g)(9), are:

a.      The defendant knowingly possessed a firearm;

b.      The defendant was convicted of a misdemeanor crime of domestic violence,
as defined in 18 U.S.C. § 921(a)(33), before he possessed the firearm;

c.      The defendant knew that he had been convicted of such an offense; and

d.      The firearm was in and affecting commerce.

2

The elements of Count 2, Possession of Marijuana / THC with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are:

a.      The defendant knowingly and intentionally possessed a controlled substance;

b.      The substance was in fact marijuana / THC (a controlled substance); and

c.      The defendant possessed the substance with intent to distribute it.

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, Nicholas Telles, being duly sworn, hereby states the following:

1.      I am a detective with the Salt Lake City Police Department and am currently assigned to the Salt Lake City Gang Unit. I have been employed by the Salt Lake City Police Department since October 2010. As an officer and a detective, I have investigated cases involving firearm offenses. I am also a Task Force Officer (TFO) with the Federal Bureau of Investigation's Safe Streets Task Force and have been so since July 2024. In this capacity, I have investigated offenses under Title 18 of the United States Code, including offenses involving the unlawful possession of firearms.

2.      The statements in this affidavit do not contain all known information, but rather only those facts believed necessary to establish probable cause for the requested Complaint. I am familiar with the facts and circumstances set forth herein based on my review of official reports and records and conversations with other law enforcement officers, as more fully described below.

3

3.    In October 2025, officers with the Salt Lake City Police Department began an investigation into a group of individuals that were selling narcotics within the Salt Lake Valley. Evidence from a cell phone seized during the investigation revealed multiple Facebook messenger conversations concerning the sale of narcotics by an individual with the username "Polo.Martinez." These conversations would occur every few days and included discussions regarding the distribution of raw marijuana, THC, and THC cartridges. Detectives were able to identify ISRAIL BENJAMIN MARTINEZ as the user of the "Polo.Martinez" account based on unique tattoos and facial features know for him and comparisons against his driver's license photograph.

4.    On April 7, 2026, detectives served a search warrant at MARTINEZ's apartment in Murray, Utah. MARTINEZ was taken into custody outside of the apartment, and a search revealed 38 grams of raw marijuana contained in plastic bags, THC cartridges, approximately 12 ounces of THC dab, marijuana plants that weighed a total of approximately 10 pounds, $205.00 in United States currency, a marijuana grinder, baggies, and a scale.

5.    Inside a bathroom attached to MARTINEZ's bedroom, detectives found a Rossi Model 851 Stainless .38 caliber revolver. The raw marijuana and the marijuana plants were field tested and were positive for THC.

6.    Post-*Miranda,* MARTINEZ told detectives that he grew marijuana for personal use but he intended to sell the vacuum sealed bags of marijuana that were found

4

during the search. MARTINEZ initially denied having any firearms in the house. However, after the firearm was found MARTINEZ claimed the revolver was not his and that his roommate must have left it behind. Detectives later obtained a search warrant for MARTINEZ's cell phone and discovered a picture of the revolver that was seized. Detectives also found a discussion where MARTINEZ agreed to trade 10 THC cartridges and a half pound of THC wax for the revolver.

7.    Prior to these events, MARTINEZ had been convicted of misdemeanor crimes of domestic violence that had, as an element, the use or attempted use of physical force against his spouse (Utah Third District Court case numbers 191906752 and 231909864). Court records indicate MARTINEZ was represented by counsel during these cases and entered a plea of guilty in both cases. At the time of his plea MARTINEZ was advised of the rights he would be forfeiting, including his right to a jury trial and the right to own and purchase firearms.

8.    The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has confirmed the Rossi Model 851 Stainless .38 caliber revolver was not manufactured in Utah. In order to be found in the State of Utah, this firearm would have had to have traveled through (and thereby affected) commerce.

9.    Based on the facts above, I hereby submit that there is probable cause to believe that ISRAIL BENJAMIN MARTINEZ committed the offenses of Possession of a Firearm by a Domestic Violence Misdemeanant, a violation of 18 U.S.C. § 922(g)(9), and

5

Possession of Marijuana with Intent to Distribute, violation of 21 U.S.C. § 841(a)(1). I swear the information contained in this affidavit is true and correct to the best of my knowledge, information, and belief.

DATED this 26th day of June, 2026.

/s/ Nicholas Telles
TFO NICHOLAS TELLES, Affiant
Federal Bureau of Investigation

SUBSCRIBED and SWORN before me this 26th day of June, 2026.

CECILIA ROMERO
Magistrate Judge, District of Utah

APPROVED AS TO FORM:

MELISSA HOLYOAK
United States Attorney

/s/ Brian Williams
BRIAN WILLIAMS
Assistant United States Attorney

6